QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD E. SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:05-CR-05-0387 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RONALD E. SCOTT, | ) | Date: October 13, 2005 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, RONALD E. SCOTT, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for October 6, 2005, be reset for Thursday, October 13, 2005, at 10:00 a.m. and the jury trial set for October 24, 2005, be reset for October 31, 2005.

This continuance is being requested because the parties need more time to prepare and negotiate a resolution.  Mr. Scott made his initial appearance on September 22, 2005.  The trial confirmation hearing was set for October 6, 2005, only 14 days later.  On September 29, 2005, the government provided defense counsel 106 pages of discovery.  During this time period, however, defense counsel was assigned to work in Yosemite National Park and returned to Sacramento, California on

October 3, 2005.  For these reasons, defense needs more time to review discovery and prepare.  Speedy trial time is excluded from the date of this order through the date of the trial confirmation hearing set on July 14, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).  The interest in giving counsel more time to prepare outweighs the public interest in having a trial in seventy days.

Dated: October 4, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Livia R. Morales

_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
RONALD E. SCOTT

DATED: October 4, 2005

McGREGOR SCOTT
United States Attorney

/s/  Matthew C. Stegman

_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

    IT IS SO ORDERED.

Dated:  October 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2