```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  MATTHEW S. BLOCK
   Certified Law Student
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-05-387 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | DATE: December 22, 2005 |
| RONALD EMERY SCOTT, | ) | TIME: 10:00 A.M. |
| | ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant | ) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing on defendant's motion to suppress, currently scheduled for Thursday, December 22, 2005 at 10:00 a.m., should be rescheduled for Thursday, January 26, 2006, at 10:00 a.m.  Furthermore, the parties agree that the trial confirmation hearing currently scheduled for Thursday, December 29, 2005, should be rescheduled for Thursday, February 16, 2006 at 10:00 a.m., and that the jury trial currently scheduled for Monday, January 23, 2006, at 10:00 a.m., should be rescheduled for Monday, February 27, 2005, at 10:00 a.m.

1    The government is requesting the continuance because the
2 case agent, an essential witness for the United States, will not
3 be available to testify at the hearing on defendant's motion to
4 suppress on December 22, 2005.  Therefore, the parties agree that
5 the hearing date should be continued to a date when this witness
6 would be available to testify, and that the dates of the trial
7 confirmation hearing and jury trial should also be moved to
8 accommodate this.
9    The parties further agree that time should be excluded under
10 the Speedy Trial Act pursuant to 18 U.S.C. §
11 3161(h)(3)(A)(B)[Local Code M] up to and including the jury trial
12 date of February 27, 2006.  The parties further stipulate that
13 the ends of justice are met by excluding time and that the United
14 States' need for the presence of the case agent at the hearing
15 exceeds the public interest in a trial within 70 days.
16 Dated: December 16, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jason S. Hitt for
MATTHEW STEGMAN
Assistant U.S. Attorney

21 Dated: December 16, 2005

RONALD EMERY SCOTT
Defendant

By:/s/ Livia Morales
LIVIA MORALES
Counsel for Defendant

26 ///
27 ///
28 ///

2

ORDER

IT IS SO ORDERED.

For the reasons stated above, the undersigned finds as follows:

1. The United States requires a continuance of the date of the hearing on defendant's motion to suppress so that the case agent, an essential witness, can be available to testify at the hearing, and defendant does not oppose a continuance.

2. The ends of justice warrant an exclusion of time, and the United States' interest in the presence of this witness at the hearing exceeds the public interest in a trial within 70 days.

3. The hearing on defendant's motion to suppress is reset for Thursday, January 26, 2006, at 10:00 a.m.  Trial confirmation in this matter is continued to Thursday, February 16, 2006 at 10:00 a.m., and jury trial is continued to Monday, February 27, 2005, at 10:00 a.m.

4. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A)(B)[Local Code M] until Monday, February 27, 2006, based upon the representations and request of counsel.

Dated: December 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE