IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  Crim. No. S-05-387 KJM

    vs.

RONALD EMERY SCOTT,

    Defendant.                               <u>ORDER</u>

_____/

        The trial confirmation hearing set for March 2, 2006 and the jury trial set for March 20, 2006 are hereby vacated. Trial confirmation is reset for March 30, 2006 at 10:00 a.m. and jury trial for April 17, 2006 at 10:00 a.m., both in Courtroom 26.

        The court requests further simultaneous briefing on the following questions: does the government's failure to raise the community caretaking function in its earlier briefing constitute a waiver of the issue or may the court consider it in determining the legality of the search? If the issue is not waived, is the record sufficient on the question of the community caretaking function? These briefs should be filed on or before March 16, 2006.

/////

/////

/////

1  Time is excluded through March 30, 2006 under the authority of 18 U.S.C.
2  § 3161(h)(1)(F).
3  IT IS SO ORDERED.
4  DATED: March 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE