IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  Crim. No. S-05-0387 KJM

    vs.

RONALD EMERY SCOTT,

    Defendant.                              <u>ORDER</u>

_____/

        The trial confirmation hearing set for March 30, 2006 and the jury trial set for April 17, 2006 are hereby vacated.  Trial confirmation is reset for April 13, 2006 at 10:00 a.m. and jury trial for April 24, 2006 at 10:00 a.m., both in Courtroom 26.

        Time is excluded through April 13, 2006 under the authority of 18 U.S.C. § 3161(h)(1)(F).

        IT IS SO ORDERED.

DATED: March 29, 2006.

                                                UNITED STATES MAGISTRATE JUDGE