1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BEN GALLOWAY, Bar #14897
   Staff Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6
   Attorney for Defendant
7  RONALD SCOTT

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     ) No. Cr.S. 05-0387-KJM
                                 )
14          Plaintiff,            )
                                 ) STIPULATION AND ORDER
15   v.                           )
                                 )
16 RONALD SCOTT,                 ) Date: April 24, 2008
                                 ) Time: 10:00 a.m.
17          Defendant.           ) Judge: Hon. Kimberly J. Mueller
                                 )
18 _____ )

19

20

21     The United States of America, through MATTHEW STEGMAN, Assistant

22 United States Attorney, together with defendant, RONALD SCOTT, by and

23 through his counsel BEN GALLOWAY, Staff Attorney of the Federal

24 Defenders Office, stipulate that the revocation hearing set for April

25 10, 2008 be continued to April 24, 2008 at 10:00 a.m.  The reason for

26 / / /

27 / / /

28 / / /

1  this continuance is that Staff Attorney, Benjamin Galloway will be out
2  of the office on paternity leave.

4  Dated:  March 31, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Ben Galloway
                                    _____
                                    BENJAMIN GALLOWAY
                                    Staff Attoreny
                                    Attorney for Defendant
                                    RONALD SCOTT


12 Dated: March 31, 2008            MCGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Matthew Stegman
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney


                              O R D E R

    FOR GOOD CAUSE SHOWING, the hearing for revocation hearing shall
be set on April 24, 2008 at 10:00 a.m.

       IT IS SO ORDERED.

Dated:  April 3, 2008.

                                    _____
                                    U.S. MAGISTRATE JUDGE

Name of Pleading                    -2-